LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | **CV 14-02194 BRO (AGRx)** | Date | June 10, 2014 |
|---|---|---|---|
| Title | **CHERYL C. CROWLEY v. AMERIPRISE FINANCIAL INC., ET AL.** | | |

| Present: The Honorable | **BEVERLY REID O'CONNELL, United States District Judge** | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE FAILURE TO OPPOSE

Pending before the Court is Defendant Ameriprise Financial Inc.'s motion to dismiss for failure to state a claim. (Dkt. No. 8.) When Ameriprise filed its motion, it set the hearing date for June 30, 2014. (*See id.*) Under the Court's Local Rule 7-9, a party must oppose a motion at least 21 days prior to the scheduled hearing date. C.D. Cal. L.R. 7-9. Accordingly, Plaintiff's opposition to Ameriprise's motion was due no later than June 9, 2014. Yet as of today, Plaintiff has filed no opposition. Pursuant to the Court's Local Rule 7-12, failure to file an opposition "may be deemed consent to the granting . . . of the motion." C.D. Cal. L.R. 7-12.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why Ameriprise's motion should not be granted. Plaintiff's response to this order to show cause must be filed **no later than Friday, June 13, 2014, at 4:00 p.m.** An appropriate response to this order will include reasons demonstrating good cause for Plaintiff's failure to file an opposition to Ameriprise's motion. Failure to respond to this motion may be deemed a failure to prosecute, resulting in dismissal of the entire lawsuit. *See Chambers v. NASCO Inc.*, 501 U.S. 32, 44 (1991).

**IT IS SO ORDERED.**                                                                                                               :

Initials of Preparer                    rf